# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PAUL, LETITIA Z. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, SDTX | 3. Date of Report<br><br>02/02/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>02/01/2017 |

**7. Chambers or Office Address**

515 RUSK AVENUE, SUITE 4019
HOUSTON, TEXAS 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Trustee | Trust No. 2 |
| 3. | Trustee | Trust No. 3 |
| 4. | Trustee | Trust No. 4 |
| 5. | Trustee | Trust No. 5 |
| 6. | Trustee | Trust No. 6 |
| 7. | Trustee | Trust No. 7 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SYSCO | B | Dividend | K | T | Sold (part) | 01/12/16 | J | | |
| 2. Comerica Bank- Account (formerly STERLING BANK Account) | A | Interest | K | T | | | | | |
| 3. Berk "B" | | None | K | T | | | | | |
| 4. Limited Partnership 1, Harris County, Texas | A | Rent | J | U | | | | | |
| 5. Limited Partnership 2 Harris County, Texas | A | Distribution | J | T | | | | | |
| 6. CVX | C | Dividend | M | T | Sold (part) | 02/04/16 | J | | |
| 7. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 8. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 9. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 10. Pepsi | A | Dividend | J | T | Sold (part) | 02/04/16 | J | | |
| 11. | | | | | Sold (part) | 05/04/16 | J | | |
| 12. | | | | | Sold (part) | 11/03/16 | J | | |
| 13. Texas Instruments | A | Dividend | J | T | | | | | |
| 14. Lewisville ISD | | None | | | Sold | 07/26/16 | K | | |
| 15. Procter & Gamble | A | Dividend | J | T | | | | | |
| 16. Edward Jones Money Market Accounts | A | Interest | J | T | | | | | |
| 17. ATT | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Colegate Polmolive | | None | J | T | | | | | |
| 19. DirectTV Group Holdings CLA | | None | J | T | | | | | |
| 20. Exxon Mobil Corp Com | A | Dividend | K | T | | | | | |
| 21. Heinz HJ Co | | None | K | T | | | | | |
| 22. IBM | A | Dividend | K | T | | | | | |
| 23. Ralcorp Hldgs Inc New | | None | J | T | | | | | |
| 24. Transocean Ltd | | None | J | T | | | | | |
| 25. Verizon Communications Com | | None | J | T | | | | | |
| 26. John Hancock Large Cap Mutual Fund | | None | J | T | | | | | |
| 27. Vanguard Wellington Mutual Fund | | None | J | T | | | | | |
| 28. Apple, Inc. | A | Dividend | K | T | | | | | |
| 29. Post Holdings Inc. SHS | | None | J | T | | | | | |
| 30. Brokerage Account 1 (H) | | | | | | | | | |
| 31. -Abbott Laboratories | A | Dividend | J | T | | | | | |
| 32. -Apple Inc. | A | Dividend | K | T | | | | | |
| 33. -Ball Corporation | A | Dividend | J | T | | | | | |
| 34. -Berkshire Hathaway Cl B | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Catepillar Inc | | None | | | Sold | 01/11/16 | J | | |
| 36. -Chevron Corporation | A | Dividend | J | T | | | | | |
| 37. -Cisco Systems Inc | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 38. -Coca Cola Company | A | Dividend | J | T | | | | | |
| 39. -Dentsply Intl Inc | A | Dividend | J | T | | | | | |
| 40. -EMR | | None | | | Sold | 08/19/16 | J | | |
| 41. -Exxon Mobil Corporation | A | Dividend | J | T | | | | | |
| 42. -Gilead Sciences Inc | | None | J | T | | | | | |
| 43. -GOOG | | None | J | T | Buy | 08/31/16 | J | | |
| 44. -Home Depot Inc | A | Dividend | J | T | | | | | |
| 45. -Intel Corp | A | Dividend | J | T | | | | | |
| 46. -Intl Business Machines | A | Dividend | J | T | | | | | |
| 47. -JPMorgan Chase | | None | J | T | Buy | 08/19/16 | J | | |
| 48. -LVMUY | | None | | | Sold | 08/19/16 | J | | |
| 49. -Mc Donalds Corp | A | Dividend | J | T | | | | | |
| 50. -Microsoft Corp | A | Dividend | J | T | | | | | |
| 51. -Nike Inc Class B | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Oracle Corporation | A | Dividend | J | T | | | | | |
| 53. -Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 54. -Philip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 55. -Procter & Gamble | A | Dividend | J | T | | | | | |
| 56. -Scana Corporation New | A | Dividend | J | T | | | | | |
| 57. -Sch US Mid-Cap ETF | A | Dividend | J | T | | | | | |
| 58. - Schw US SCap ETF (formerly Schw US SCap ETV) | A | Dividend | J | T | | | | | |
| 59. -STZ | | None | J | T | | | | | |
| 60. -TROW | | None | | | Sold | 08/19/16 | J | | |
| 61. -Union Pacific Corp | A | Dividend | | | Sold | 07/22/16 | J | | |
| 62. -United Technologies Corp | A | Dividend | J | T | Sold (part) | 02/04/16 | J | | |
| 63. | | | | | Sold (part) | 07/12/16 | J | | |
| 64. | | | | | Sold (part) | 07/26/16 | J | | |
| 65. -Walt Disney Co. | A | Dividend | J | T | | | | | |
| 66. -Weingarten Rlty Invs Sbi | A | Dividend | J | T | | | | | |
| 67. -Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 68. -Well Tower Inc. | | None | | | Sold | 08/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -UNH(X) | | None | J | T | Buy | 08/31/16 | J | | |
| 70. -PAY (X) | | None | J | T | Buy | 08/31/16 | J | | |
| 71. -BIP (X) | | None | J | T | Buy | 08/19/16 | J | | |
| 72. -NEE (X) | | None | J | T | Buy | 08/19/16 | J | | |
| 73. -SYK (X) | | None | J | T | Buy | 08/19/16 | J | | |
| 74. -THO (X) | | None | J | T | Buy | 08/19/16 | J | | |
| 75. Brokerage Account 2 (H)(X) | | | | | | | | | See Part VIII |
| 76. -Alcatel Lucent | | None | J | T | | | | | |
| 77. -Archer Daniels MIDLO | | None | J | T | | | | | |
| 78. -ATT | A | Dividend | K | T | | | | | |
| 79. -AXA-Spons ADR | | None | J | T | | | | | |
| 80. -Boeing Company | | None | J | T | | | | | |
| 81. -Entergy Corp New | | None | J | T | | | | | |
| 82. -BP PLC Spon ADR | | None | J | T | | | | | |
| 83. -Bristol-Myers Squibb Co | | None | J | T | | | | | |
| 84. -Chevron Corp | A | Dividend | L | T | | | | | |
| 85. -Comcast Corp New Cl A | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Devon Energy Corp New | | None | J | T | | | | | |
| 87. -DirectTV Group Holdings CLA | | None | J | T | | | | | |
| 88. -Entergy Corp New | | None | J | T | | | | | |
| 89. -Exxon Mobil Corp Com | A | Dividend | K | T | | | | | |
| 90. -General Electric | | None | J | T | | | | | |
| 91. -General Mills | | None | J | T | | | | | |
| 92. -General Dynamics Corp | A | Dividend | K | T | | | | | |
| 93. -Great Plains Energy, Inc. | | None | J | T | | | | | |
| 94. -Gulfmark Ofshre Inc CLA | | None | J | T | | | | | |
| 95. -HECLA Mining Co Del | | None | J | T | | | | | |
| 96. -IBM | A | Dividend | K | T | | | | | |
| 97. -Intl Paper Co | | None | J | T | | | | | |
| 98. -Lowe's Companies Inc. | | None | J | T | | | | | |
| 99. -LSI Corp | | None | J | T | | | | | |
| 100. -Meritor Inc Com | | None | J | T | | | | | |
| 101. -Mindspeed Tech Inc | | None | J | T | | | | | |
| 102. -National Oilwell Varco Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -NCR Corp New | | None | J | T | | | | | |
| 104. -Newmont Mining Corp | | None | J | T | | | | | |
| 105. -News Corp CL A | | None | J | T | | | | | |
| 106. -Nisource Inc | | None | J | T | | | | | |
| 107. -Pioneer Natrual Res Co | | None | J | T | | | | | |
| 108. -Post Holdings Inc SHS | | None | J | T | | | | | |
| 109. -Ralcorp Hldgs Inc New | | None | J | T | | | | | |
| 110. -Rockwell Automation Inc | | None | J | T | | | | | |
| 111. -Rockwell Collins Inc | | None | J | T | | | | | |
| 112. -Royal Dutch Shell PLC Spons ADR B | | None | J | T | | | | | |
| 113. -Royal Dutch Shell PLC Spons ADR A | | None | J | T | | | | | |
| 114. -Skyworks Solutions Inc | | None | J | T | | | | | |
| 115. -Stillwater Mining | | None | J | T | | | | | |
| 116. -Teradata Corp Del | | None | J | T | | | | | |
| 117. -Texas Instruments | | None | J | T | | | | | |
| 118. -UTS Marine P TR UBI | | None | J | T | | | | | |
| 119. -Wal-Mart Stores Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Walgreen Co | | None | J | T | | | | | |
| 121.  -Weatherford Intl Ltd REG | | None | J | T | | | | | |
| 122.  -WT10 15Visteon Corp Wis USD | | None | J | T | | | | | |
| 123.  Estate No. 1 (H)(Y) | | | | | Closed | 08/14/15 | | | See Part VIII |
| 124.  -Brokerage Account (H) (Y) | | | | | Distributed (part) | 10/06/15 | M | | See Part VIII |
| 125. | | | | | Distributed | 10/19/15 | N | | See Part VIII |
| 126.  --Alcatel Lucent | | None | | | | | J | | |
| 127.  --Archer Daniels MIDLO | | None | | | | | J | | |
| 128.  --ATT | A | Dividend | | | | | K | | |
| 129.  --AXA-Spons ADR | | None | | | | | J | | |
| 130.  --Boeing Company | | None | | | | | J | | |
| 131.  --BP PLC Spon ADR | | None | | | | | J | | |
| 132.  --Bristol-Myers Squibb Co | | None | | | | | J | | |
| 133.  --Chevron Corp | A | Dividend | | | | | L | | |
| 134.  --Comcast Corp New Cl A | | None | | | | | J | | |
| 135.  --Devon Energy Corp New | | None | | | | | J | | |
| 136.  --DirectTV Group Holdings CLA | | None | | | | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Entergy Corp New | | None | | | | | J | | |
| 138. --Exxon Mobil Corp Com | A | Dividend | | | | | K | | |
| 139. --General Electric | | None | | | | | J | | |
| 140. --General Mills | | None | | | | | J | | |
| 141. --General Dynamics Corp | A | Dividend | | | | | K | | |
| 142. --Great Plains Energy, Inc. | | None | | | | | J | | |
| 143. --Gulfmark Ofshre Inc CLA | | None | | | | | J | | |
| 144. --HECLA Mining Co Del | | None | | | | | J | | |
| 145. --IBM | A | Dividend | | | | | L | | |
| 146. --Intl Paper Co | | None | | | | | J | | |
| 147. --Lowe's Companies Inc. | | None | | | | | J | | |
| 148. --LSI Corp | | None | | | | | J | | |
| 149. --Meritor Inc Com | | None | | | | | J | | |
| 150. --Mindspeed Tech Inc | | None | | | | | J | | |
| 151. --National Oilwell Varco Inc | | None | | | | | J | | |
| 152. --NCR Corp New | | None | | | | | J | | |
| 153. --Newmont Mining Corp | | None | | | | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --News Corp CL A | | None | | | | | J | | |
| 155. --Nisource Inc | | None | | | | | J | | |
| 156. --Pioneer Natrual Res Co | | None | | | | | J | | |
| 157. --Post Holdings Inc SHS | | None | | | | | J | | |
| 158. --Ralcorp Hldgs Inc New | | None | | | | | J | | |
| 159. --Rockwell Automation Inc | | None | | | | | J | | |
| 160. --Rockwell Collins Inc | | None | | | | | J | | |
| 161. --Royal Dutch Shell PLC Spons ADR B | | None | | | | | J | | |
| 162. --Royal Dutch Shell PLC Spons ADR A | | None | | | | | J | | |
| 163. --Skyworks Solutions Inc | | None | | | | | J | | |
| 164. --Stillwater Mining | | None | | | | | J | | |
| 165. --Teradata Corp Del | | None | | | | | J | | |
| 166. --Texas Instruments | | None | | | | | J | | |
| 167. --UTS Marine P TR UBI | | None | | | | | J | | |
| 168. --Wal-Mart Stores Inc | | None | | | | | J | | |
| 169. --Walgreen Co | | None | | | | | J | | |
| 170. --Weatherford Intl Ltd REG | | None | | | | | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --WT10 15Visteon Corp Wis USD | | None | | | | | J | | |
| 172. -BBVA Compass Bank Account | A | Interest | | | Distributed | 08/14/15 | J | | See Note in Part VIII |
| 173. Trust No. 1 (H) | E | Rent | N | S | | | | | See Note in Part VIII |
| 174. - Real Property No. 1, Harris County, Texas | | | | | | | | | |
| 175. - Real Property No. 2, Harris County, Texas | | | | | | | | | |
| 176. - Real Property No. 3, Harris County, Texas | | | | | | | | | |
| 177. - Real Property No. 4 , Harris County, Texas | | | | | | | | | |
| 178. Trust No. 2 (H) | | | | | | | | | |
| 179. -Comerica Bank Account | | None | J | T | | | | | |
| 180. Trust No. 3 (H) | | | | | | | | | |
| 181. -Comerica Bank Account | | None | J | T | | | | | |
| 182. Trust No. 4 (H) | | | | | | | | | |
| 183. -Comerica Bank Account | | None | L | T | | | | | |
| 184. Trust No. 5 (H) | | | | | | | | | |
| 185. -Comerica Bank Account | | None | L | T | | | | | |
| 186. Trust No. 6 (H) | | | | | | | | | |
| 187. -Wells Fargo Bank Account | | None | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Trust No. 7 (H) (X) | | | | | | | | | |
| 189.  -Brokerage Account (H)(X) | | | | | | | | | See Part VIII |
| 190.  --Alcatel Lucent | | None | J | T | | | | | |
| 191.  --Archer Daniels MIDLO | | None | J | T | | | | | |
| 192.  --ATT | | None | J | T | | | | | |
| 193.  --AXA-Spons ADR | | None | J | T | | | | | |
| 194.  --Boeing Company | | None | J | T | | | | | |
| 195.  --Entergy Corp New | | None | J | T | | | | | |
| 196.  --BP PLC Spon ADR | | None | J | T | | | | | |
| 197.  --Bristol-Myers Squibb Co | | None | J | T | | | | | |
| 198.  --Chevron Corp | A | Dividend | K | T | | | | | |
| 199.  --Comcast Corp New Cl A | | None | J | T | | | | | |
| 200.  --Devon Energy Corp New | | None | J | T | | | | | |
| 201.  --DirectTV Group Holdings CLA | | None | J | T | | | | | |
| 202.  --Entergy Corp New | | None | J | T | | | | | |
| 203.  --Exxon Mobil Corp Com | A | Dividend | K | T | | | | | |
| 204.  --General Electric | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --General Mills | | None | J | T | | | | | |
| 206. --General Dynamics Corp | | None | J | T | | | | | |
| 207. --Great Plains Energy, Inc. | | None | J | T | | | | | |
| 208. --Gulfmark Ofshre Inc CLA | | None | J | T | | | | | |
| 209. --HECLA Mining Co Del | | None | J | T | | | | | |
| 210. --IBM | A | Dividend | K | T | | | | | |
| 211. --Intl Paper Co | | None | J | T | | | | | |
| 212. --Lowe's Companies Inc. | | None | J | T | | | | | |
| 213. --LSI Corp | | None | J | T | | | | | |
| 214. --Meritor Inc Com | | None | J | T | | | | | |
| 215. --Mindspeed Tech Inc | | None | J | T | | | | | |
| 216. --National Oilwell Varco Inc | | None | J | T | | | | | |
| 217. --NCR Corp New | | None | J | T | | | | | |
| 218. --Newmont Mining Corp | | None | J | T | | | | | |
| 219. --News Corp CL A | | None | J | T | | | | | |
| 220. --Nisource Inc | | None | J | T | | | | | |
| 221. --Pioneer Natrual Res Co | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Post Holdings Inc SHS | | None | J | T | | | | | |
| 223. --Ralcorp Hldgs Inc New | | None | J | T | | | | | |
| 224. --Rockwell Automation Inc | | None | J | T | | | | | |
| 225. --Rockwell Collins Inc | | None | J | T | | | | | |
| 226. --Royal Dutch Shell PLC Spons ADR B | | None | J | T | | | | | |
| 227. --Royal Dutch Shell PLC Spons ADR A | | None | J | T | | | | | |
| 228. --Skyworks Solutions Inc | | None | J | T | | | | | |
| 229. --Stillwater Mining | | None | J | T | | | | | |
| 230. --Teradata Corp Del | | None | J | T | | | | | |
| 231. --Texas Instruments | | None | J | T | | | | | |
| 232. --UTS Marine P TR UBI | | None | J | T | | | | | |
| 233. --Wal-Mart Stores Inc | | None | J | T | | | | | |
| 234. --Walgreen Co | | None | J | T | | | | | |
| 235. --Weatherford Intl Ltd REG | | None | J | T | | | | | |
| 236. --WT10 15Visteon Corp Wis USD | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 02/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII. Per a ▆▆▆▆ agreement executed between me ▆▆▆▆▆, his property (including investments and trusts) is the sole financial interest and/or responsibility of ▆▆▆▆ and are not derived from my assets, income or activities. I do not derive or expect to derive any benefit from ▆▆▆▆ property (including investments and trusts), ▆▆▆▆▆ and I have no knowledge of ▆▆▆▆ property (including investments and trusts). ▆▆▆▆ and I do not file ▆▆ federal income tax returns.

2. Part VII, Lines 75-122. The assets in Brokerage Account 2 were transferred to me on 10/19/2015. These transactions were inadvertenly left off of the prior report, FDR 2015. Please accept this as an amendment to FDR 2015.

3. Part VII, Lines 123-171. The Estate was closed on 08/14/2015 and the property distrtributed to more than one beneficiary. A portion of the assets (1/3, with an aggregate value of "M") listed in Estate Brokerage Account, Lines 75-120 was transferred to Trust No. 7 on 10/6/2015 and the remainder (2/3, with an aggregate value of "N") was transferred to me on 10/19/2015. These transactions were inadvertenly left off of the prior report, FDR 2015. Please accept this as an amendment to FDR 2015.

4. Part VII, Lines 174-177. Assessed values of Real Properties by Houston County Appraisal District: No.1 - $219,686; No. 2 - $87,120; No. 3 - $809; and No. 4 -$373,050.

5. Part VII, Lines 188-236. The assets in the Brokerage Account of Trust No. 7 were transferred to that account on 10/6/2015. These transactions were inadvertenly left off of the prior report, FDR 2015. Please accept this as an amendment to FDR 2015.

6. Part VII, Line 200. The Estate was closed on 08/14/2015 and the property distrtributed to more than one beneficiary. This transaction was inadvertenly left off of the prior report, FDR 2015. Please accept this as an amendment to FDR 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LETITIA Z. PAUL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544